

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMILLAH ROBINSON** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 05-00306 |
| | : | |
| **SCHOOL DISTRICT OF PHILADELPHIA; PHILADELPHIA SCHOOL DISTRICT REFORM COMMISSION; PAUL G. VALLAS; and, MILLAGE HOLLOWAY** | : | |
| Defendants. | : | |

FILED
DEC 2 0 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW,** this 19th day of December, 2005, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

_____
JAN E. DUBOIS, J.